FILED

JUSTIN K. STRASSBURG - State Bar No. 238504
STRASSBURG, GILMORE & WEI, LLP
1250 E. Walnut St., #136
Pasadena, California 91106
Telephone: (626) 683-9933
Facsimile: (626) 683-9944
Email: JUSTIN@SGWLAWYERS.COM
Attorneys for Plaintiff

12 OCT 12 AM 10: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV12-08742 (AS(JJ(tx)

MARIO GOLLAS,

      Plaintiff,

v.

COUNTY OF LOS ANGELES; LOS ANGELES
SHERIFFS DEPUTY JOHN DAVOREN; LOS
ANGELES SHERIFFS DEPUTY DENNIS
MISSEL; LOS ANGELES SHERIFFS
SERGEANT JOSEPH GARRIDO; 50 UNKNOWN
NAMED EMPLOYEES OF THE COUNTY OF
LOS ANGELES; and 50 NAMED UNKNOWN
DEFENDANTS,

      Defendants.

COMPLAINT FOR DAMAGES

1. VIOLATION OF CIVIL RIGHTS
   (42 U.S.C. § 1983)
2. MUNICIPAL LIABILITY FOR
   VIOLATION OF CIVIL RIGHTS
   (42 U.S.C. § 1983)
3. ASSAULT AND BATTERY
4. FALSE ARREST AND
   IMPRISONMENT
5. VIOLATION OF CALIFORNIA
   CIVIL CODE §§ 52 &
   52.1
6. TORTS IN ESSENCE
7. NEGLIGENT TRAINING,
   RETENTION AND HIRING
8. NEGLIGENCE

JURY TRIAL DEMANDED

1    Plaintiff Mario Gollas ("plaintiff") hereby makes the

2  following allegations in support of this complaint:

3                      JURISDICTION AND VENUE

4
5    1.   The jurisdiction of this Court is invoked under 28

6  U.S.C. Sections 1331 and 1343 in this action under 42 U.S.C.

7  Section 1983, wherein plaintiff seeks to redress deprivations of

8  rights secured to him by the Fourth and Fourteenth Amendments to

9  the United States Constitution and the laws of the United States by

10
   defendants, acting under color of state law.   This Court has
11
12  supplemental jurisdiction over those claims asserted under state

13  law by virtue of 28 U.S.C. § 1367.

14    2.   Venue is proper in this county because the acts and

15  omissions complained of arose in this District, and therefore,

16
   venue lies within this District pursuant to 28 U.S.C. Section 1391.
17
18                           PARTIES

19    3.   Plaintiff Mario Gollas, at all times during the events

20  alleged in this complaint was a resident of the County of Los

21  Angeles, State of California.

22
     4.   Each named defendant is a natural person except for
23
24  defendants County of Los Angeles, which is a governmental entities.

25    5.   Plaintiff is unaware of the true identities and

26  capacities of defendants 50 unknown named employees of the County

27  of Los Angeles and 50 named unknown named defendants, inclusive,

28
   and for that reason sues those defendants by fictitious names. Each

                                 2.

1  of the fictitiously-named defendants is in some manner and to some

2  extent liable for the injuries alleged in this Complaint.

3  Plaintiff will seek leave to amend this Complaint to allege the

4  true identities and capacities of those fictitiously named

5

6  defendants when they are determined.

7       6.    Each defendant is, and at all time herein mentioned was,

8  the agent, employee or representative of each other defendant.  At

9  all times herein mentioned, each and every defendant herein had the

10 legal duty to oversee and supervise the hiring, conduct, employment

11

12 and discipline of each and every other defendant herein.  Each

13 defendant, in doing the acts or in omitting to act as alleged in

14 this Complaint, was acting within the scope of his or her actual or

15 apparent authority, or the alleged acts and omissions of each

16 defendant, as agent, were subsequently ratified and adopted by each

17

18 other defendant as principal.

19      7.    Defendant County of Los Angeles is, and at all times

20 herein mentioned was, an incorporated city in the State of

21 California, duly organized and existing under the laws of the State

22 of California.

23

24      8.    Plaintiff is informed and believes and thereon alleges

25 that 50 unknown named employees of the County of Los Angeles are,

26 and at all times herein mentioned were, employed by defendant

27 County of Los Angeles as peace officers, and, in doing the things

28 hereinafter alleged, were acting within the course and scope of

3.

1  their employment. The 50 unknown named employees of the County of

2  Los Angeles are sued in both their individual and official

3  capacities.

4

5     9.   Plaintiff is informed and believes and thereon alleges

6  that, at all times relevant to this Complaint, each defendant acted

7  under the color of state law.

8     10.  Plaintiff is informed and believes and thereon alleges

9  that the defendants Deputy John Davoren, Deputy Dennis Missel, and

10  Sergeant Joseph Garrido were and are employees of the Los Angeles

11

12  County Sheriffs Department. They are sue in both their individual

13  and official capacities.

14                    FACTS COMMON TO ALL COUNTS

15     11.  Plaintiff was deprived of interests protected by the

16  Constitution or laws of the United States, and defendants caused

17

18  all such deprivations while acting under color of state law.

19     12.  Plaintiff is informed and believes and thereon alleges

20  that all acts or omissions alleged to have been engaged in by any

21  individual defendant were committed with evil motive and intent,

22

23  and in callous, reckless, and wanton disregard to the individual

24  rights of plaintiff.

25     13.  On September 3, 2011, Plaintiff, who was then age 17

26  years old, was near the intersection of Carson Street and Harbor

27  View in the city of Carson, California.

28

       14.  Plaintiff was walking back home from visiting his friend.

                                    4.

15. Sergeant Garrido tackled plaintiff to the ground by placing his arms around the rear of plaintiff's torso and pulling him to the ground. Sergeant Garrido punched plaintiff and pulled his hair. During the struggle, plaintiff's arms were pinned underneath his own body.

16. Deputy Davoren punched and pulled plaintiff's hair, and then kicked plaintiff in the head. Deputy Missel deployed canine "Duke" on a directed bite, and Duke bit plaintiff's left arm causing deep lacerations requiring stitches and serious injury.

17. Plaintiff was then handcuffed and taken to a patrol car for transport. As he was taken to the patrol car the defendants tightened the handcuffs extremely tight, and laughed at the plaintiff.

18. Plaintiff continues to suffer pain at the scar site, itching at the scar site, difficulty sleeping, frustration and depression all as a direct result of the incident.

COUNT ONE

VIOLATION OF 42 U.S.C. SECTION 1983

(Against All Defendants)

19. The allegations set forth in paragraphs 1 through 18 are incorporated herein by reference.

20. By reason of the aforementioned conduct of defendants, who were acting under color of state law, plaintiff was deprived of his rights, privileges and immunities under the Constitution of the

1    United States and the laws enacted thereunder. Defendants'
2    wrongful conduct in restraining, arresting, seizing, and using
3    excessive force upon plaintiff without probable cause or due
4    process, is in violation of the Fourth and Fourteenth Amendments
5
6    to the United States Constitution and is redressable pursuant to 42
7    U.S.C. Section 1983.

8                                COUNT TWO

9    MUNICIPAL VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)
10
         (Against Defendant County of Los Angeles only)
11
12       21. The allegations set forth in paragraphs 1 through 20 are
13   incorporated herein by reference.

14       22. Plaintiff is informed and believes and thereon alleges
15   that Deputy John Davoren, Deputy Dennis Missel, and Sergeant Joseph
16
     Garrido and the 50 Unknown Named Employees of the County of Los
17
18   Angeles were employees acting under the direction and control of
19   defendant County of Los Angeles. Plaintiff is further informed and
20   believes that defendant County of Los Angeles and 50 Unknown Named
21   Employees of the County of Los Angeles knowingly and intentionally
22
     promulgated, maintained, applied, enforced and suffered the
23
24   continuation of policies, customs, practices and usages in
25   violation of the Fourth and Fourteenth Amendments to the United
26   States Constitution. These customs, policies, practices and
27   usages required and encouraged the employment, deployment and
28
     retention of persons, as peace officers, who have a propensity for

                                    6.

1  violence, dishonesty, and additional abuses of their duties as

2  peace offices in the employment of the County of Los Angeles.

3      23.   Plaintiff is informed and believes and thereon alleges

4  that defendant County of Los Angeles, knowingly maintained or

5

6  permitted an official policy or custom of permitting the

7  occurrences of the types of wrongs alleged herein by, among other

8  things, failing and refusing to meaningfully investigate or

9  discipline peace officers known to have repeatedly violated the

10
  constitutional rights of the public.
11

12      24.   Additionally, defendant County of Los Angeles has

13  displayed deliberate indifference to the rights of citizens and,

14  based upon the principles set forth in Monell v. New York City

15  Department of Social Services, 436 U.S. 658, 98 S.Ct. 2019 (1978),

16  and is liable for all injuries and damages sustained by plaintiff
17
18  as set forth in this complaint.

19                          COUNT THREE

20                     ASSAULT AND BATTERY

21
                  (Against All Defendants)
22

23      25.   The allegations set forth in paragraphs 1 through 24 are

24  incorporated herein by reference.

25      26.   As alleged herein, defendants, and each of them,

26  assaulted and battered plaintiff in a manner which was calculated

27  to cause unnecessary and excessive pain.  The defendant peace
28
  officers' despicable conduct was completely unprovoked in that

                              7.

1 | plaintiff is a law-abiding citizen and there were no objective
2 | observations or criteria whatsoever that the plaintiff was engaged
3 | in criminal activity. As a direct and legal result of the above
4 | acts and omissions, plaintiff was placed in great fear for his
5 |
6 | safety and physical and emotional well-being. By reason of the
7 | wrongful and malicious acts of defendants plaintiff sustained
8 | severe physical and emotional injuries and has suffered extreme
9 | mental and physical anguish.
10 |
11 |     27. Defendants' acts and omissions as herein alleged
12 | proximately caused plaintiff to sustain great pain and shock to his
13 | nervous system, fear, anxiety, torment, degradation and extreme
14 | emotional distress.
15 |     28. By reason of the aforementioned acts and omissions of
16 | defendants, plaintiff suffered damages as alleged herein.
17 |
18 |     29. Plaintiff is informed and believes and thereon alleges
19 | that the aforementioned acts and omissions of defendants were
20 | willful, malicious, intentional, oppressive and despicable and were
21 | done in willful and conscious disregard of the rights, welfare and
22 |
23 | safety of plaintiff, thereby justifying the award of punitive and
24 | exemplary damages against all defendants sued in their individual
25 | capacity.

### COUNT FOUR

#### FALSE ARREST AND IMPRISONMENT

(Against All Defendants)

8.

30. The allegations set forth in paragraphs 1 through 29 are incorporated herein by reference.

31. As alleged herein, plaintiff was acting lawfully, when he was seized, arrested, imprisoned, restrained, handcuffed and forcibly detained by defendants without probable cause or legal justification. Plaintiff is informed and believes and thereon alleges that these acts were done falsely and maliciously and without warrant, probable cause, order of commitment or any other legal authority of any kind, as plaintiff had done nothing wrong even though defendants knew he had committed no crime whatsoever.

32. As a direct and legal result of the above acts and omissions, plaintiff suffered the damages alleged herein.

33. Plaintiff is informed and believes and thereon alleges that the aforementioned acts of defendants were willful, malicious, intentional, oppressive and despicable and were done in willful and conscious disregard of the rights, welfare and safety of plaintiff, thereby justifying an award of punitive and exemplary damages against defendants sued in their individual capacities.

COUNT FIVE

VIOLATION OF CALIFORNIA CIVIL CODE §§ 52 & 52.1

(Against All Defendants)

34. The allegations set forth in paragraphs 1 through 33 are incorporated herein by reference.

35. As alleged herein, defendants, and each of them, in using

9.

excessive force upon plaintiff and causing plaintiff to be

detained, arrested and handcuffed with legal justification,

interfered with and attempted to interfere with plaintiff's rights

under the laws and Constitution of the United States and the State

of California.

36.   By reason of the aforementioned acts and omissions of

defendants, plaintiff suffered damages as alleged herein.

37.   Plaintiff is informed and believes and thereon alleges

that the aforementioned acts and omissions of defendants were

willful, malicious, intentional, oppressive and despicable and were

done in willful and conscious disregard of the rights, welfare and

safety of plaintiff, thereby justifying the award of punitive and

exemplary damages against all defendants sued in their individual

capacity.

COUNT SIX

TORTS IN ESSENCE

(Against All Defendants)

38. The allegations set forth in paragraphs 1 through 37 are

incorporated herein by reference.

39. Each and every defendant owed to plaintiff non-consensual

duties in accordance with Penal Code Sections 118, 118.1, 127, 132,

134, 135, 136.1, 137, 148.5, 153, 182(2)(3)(5), 187 and 422.6.

40. Defendants failed to abide by said duties in that

defendants, assaulted, injured and conspired against plaintiff in

10.

1  an attempt to cover up their own crimes by their perjury and false

2  reports.

3      41.   By reason of the aforementioned acts and omissions of

4  defendants, plaintiff suffered damages as alleged herein.

5

6      42.   Plaintiff is informed and believes and thereon alleges

7  that the aforementioned acts and omissions of defendants were

8  willful, malicious, intentional, oppressive and despicable and were

9  done in willful and conscious disregard of the rights, welfare and

10 safety of plaintiff, thereby justifying the award of punitive and

11

12 exemplary damages against all defendants sued in their individual

13 capacity.

14                      COUNT SEVEN

15          NEGLIGENT HIRING, TRAINING AND RETENTION

16             (Against Defendants County of Los Angeles,

17

18                 50 Unknown Named Employees

19                 Of the County of Los Angeles)

20     43.   The allegations set forth in paragraphs 1 through 42 are

21 incorporated herein by reference.

22

23     44.   Plaintiffs are informed and believe and thereon allege

24 that on or about September 3, 2011 and for some time prior thereto,

25 defendants County of Los Angeles, 50 unknown named employees of the

26 County of Los Angeles (collectively "the supervisory defendants")

27 knew or should have known that their employees, including the

28 individual defendants, were recklessly indifferent to the personal

                           11.

1  rights and well being of persons with whom they came into contact,

2  and had a propensity for violence and abusing their authority.

3      45.   Plaintiffs are further informed and believe and thereon

4  allege that the supervisory defendants, negligently hired,

5

6  retained, supervised and/or failed to discipline the individual

7  despite the fact that it was reasonably foreseeable that these

8  defendants were likely to inflict violence and injuries upon

9  persons, such as plaintiff, with whom they were likely to come into

10

11  contact by virtue of their position as peace officers.

12      46.   Plaintiffs are further informed and believe and thereon

13  allege that the supervisory defendants failed to properly train

14  their employees, including those officers or employees involved in

15  the September 3, 2011 incident, on matters regarding the use of

16

17  excessive force, proper arrest procedures, the proper use pepper

18  spray and/or handcuffs, proper communications and dispatch

19  procedures.

20      47.   Defendants owed a duty of care to all citizens, including

21  plaintiff. Plaintiffs allege that the supervisory defendants

22

23  breached that duty of care, that the injuries sustained by

24  plaintiff were a foreseeable result of said breach, and that said

25  breach was the direct and legal cause of the damages to plaintiff.

26      48.   As a direct and legal result of the acts and omissions of

27  the supervisory defendants, plaintiff has sustained the damages

28  alleged herein.

12.

1

COUNT EIGHT

2

NEGLIGENCE

3

(Against All Defendants)

4

5

6

49. The allegations set forth in paragraphs 1 through 48 are incorporated herein by reference.

7

8

9

10

11

12

50. Defendants owed a duty of care to all citizens, including plaintiff. Plaintiff alleges that defendants breached that duty of care, that the injuries which plaintiffs sustained were a foreseeable result of said breach, and that said breach was the direct and legal cause of the injuries and damages to plaintiff.

13

14

15

16

17

18

19

51. Defendants' acts were done with negligent disregard for the effects that their acts would have on plaintiff and, as a result, plaintiff has suffered humiliation, shock, mental anguish and emotional and physical pain distress. As a direct and legal result of the negligent acts and omissions of defendants, plaintiff sustained damages as alleged herein.

20

21

22

WHEREFORE, plaintiff prays for judgment against all defendants, and each of them, jointly and severally as follows:

23

24

1. Compensatory damages (including general and special damages) in the sum of $1 million;

25

26

27

2. Punitive and exemplary damages, (against all defendants in their individual capacities, except governmental entity defendant) in the sum of $1 million;

28

3. Attorneys' fees pursuant to California Civil Code Section

13.

1   52 and 42 U.S.C. § 1988;

2       4.   A civil penalty of $25,000.00 against each and every

3   defendant for each violation pursuant to California Civil Code

4   Section 52;

5

6       5.   For costs of suit;

7       6.   Such other and further relief as the court may deem

8   appropriate.

9

10  DATED:  October 11, 2012     STRASSBURG, GILMORE & WEI, LLP

11

12                              By:  /S/ Justin K. Strassburg

13                                   JUSTIN K. STRASSBURG, ESQ.
                                     ATTORNEY FOR PLAINTIFF
14                                   MARIO GOLLAS

15

16

17                          DEMAND FOR JURY TRIAL

18

19

20      Plaintiff hereby demands trial by jury.

21

22

23  DATED:  October 11, 2012     STRASSBURG, GILMORE & WEI, LLP

24

25                              By:  /S/ Justin K. Strassburg

26                                   JUSTIN K. STRASSBURG, ESQ.
                                     ATTORNEY FOR PLAINTIFF
27                                   MARIO GOLLAS

28

                                     14.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 8742 CAS (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Justin K. Strassburg, Esq. (SBN 238504)
Strassburg, Gilmore & Wei, LLP
1250 E. Walnut St., #136
Pasadena, CA 91106
justin@sgwlawyers.com
tel: (626) 683-9933 / fax: (626) 683-9944

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Gollas | CASE NUMBER |
| PLAINTIFF(S)<br>v.<br>County of Los Angeles, SEE ATTACHED | CV12-08742 (ASTLt) |
| | SUMMONS |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Justin K. Strassburg_____, whose address is _1250 E. Walnut St., #136; Pasadena, CA 91106_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

OCT 1 2 2012

Clerk, U.S. District Court

Dated: _____

By: ___ **JULIE PRADO**
Deputy Clerk

*(Seal of the Court)*

1154

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1    JUSTIN K. STRASSBURG - State Bar No. 238504
     STRASSBURG, GILMORE & WEI, LLP
2    1250 E. Walnut St., #136
     Pasadena, California 91106
3    Telephone: (626) 683-9933
     Facsimile:  (626) 683-9944
4    Email:  JUSTIN@SGWLAWYERS.COM
     Attorneys for Plaintiff

5

6

7

8                 UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11

12    MARIO GOLLAS,

                       COMPLAINT FOR DAMAGES

13        Plaintiff,

14    v.
                       1. VIOLATION OF CIVIL  RIGHTS
                          (42 U.S.C. § 1983)

15    COUNTY OF LOS ANGELES; LOS ANGELES     2. MUNICIPAL LIABILITY FOR
     SHERIFFS DEPUTY JOHN DAVOREN; LOS         VIOLATION OF CIVIL RIGHTS
16    ANGELES SHERIFFS DEPUTY DENNIS            (42 U.S.C. § 1983)
     MISSEL; LOS ANGELES SHERIFFS            3. ASSAULT AND BATTERY
17    SERGEANT JOSEPH GARRIDO; 50 UNKNOWN    4. FALSE ARREST AND
     NAMED EMPLOYEES OF THE COUNTY OF          IMPRISONMENT
18    LOS ANGELES; and 50 NAMED UNKNOWN       5. VIOLATION OF CALIFORNIA
     DEFENDANTS,                       CIVIL   CODE §§ 52 &
19                             52.1
         Defendants.               6. TORTS IN ESSENCE
20

21                             7. NEGLIGENT TRAINING,
                            RETENTION AND HIRING
22                             8. NEGLIGENCE

23

                            JURY TRIAL DEMANDED
24

25

26

27

28