JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GOLLAS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES SHERIFFS DEPUTY JOHN DAVOREN; LOS ANGELES SHERIFFS DEPUTY DENNIS MISSEL; LOS ANGELES SHERIFFS SERGEANT JOSEPH GARRIDO; 50 UNKNOWN NAMED EMPLOYEES OF THE COUNTY OF LOS ANGELES; and 50 NAMED UNKNOWN DEFENDANTS,<br><br>　　　　　　　Defendants. | Case No.: **1:12-CV-08742-CAS-JCGx**<br>[*District Judge Christina A. Snyder, Magistrate Judge; Hon. Jay C. Gandhi*]<br><br>**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND JOINT STIPULATION**<br><br><br>Complaint Filed:   10/12/2012 |

　　　Before the Court is a Notice of Settlement and Joint Stipulation.  The parties have reached a settlement, and request additional time to process settlement payments.

　　　Having read and considered the parties' stipulation, and good cause appearing therefor, it is ordered as follows:

　　　All dates are vacated and all pending matters in this case are taken off calendar.  The parties shall either dismiss the case with prejudice or file quarterly status report regarding the progress of their settlement efforts within 120 days.  The

1  Court removes this action from its active caseload until further application by the
2  parties or order of this Court.  This Court retains full jurisdiction over this action and
3  this order shall not prejudice any party to this action.  Fed.R.Civ.P. 16(b)(4) (the
4  Court may modify a schedule for good cause); see also L.R. 16-15 ("It is the policy of
5  the Court to encourage disposition of civil litigation by settlement when such is in the
6  best interest of the parties.  The Court favors any reasonable means to accomplish this
7  goal.  Nothing in this rule shall be construed to the contrary.").
8      IT IS SO ORDERED.

10 Dated: June 5, 2014

11                                                 HON. CHRISTINA A. SNYDER
                                                United States District Court

17 Respectfully submitted by:

18 Eugene P. Ramirez, Esq. (SBN 134865)
Timothy J. Kral, Esq. (SBN 200919)
19 **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
20 801 South Figueroa Street-15th Floor at 801 Tower
Los Angeles, CA 90017
21 Telephone: (213) 624-6900
Facsimile: (213) 624-6999
22 epr@manningllp.com; tjk@manningllp.com

23 Attorneys for Defendants
COUNTY OF LOS ANGELES; LOS ANGELES SHERIFF'S DEPARTMENT; LOS
24 ANGELES SHERIFF'S DEPUTY JOHN DAVOREN; LOS ANGELES SHERIFF'S
DEPUTY DENNIS MISSEL; and LOS ANGELES SHERIFF'S
25 SERGEANT JOSEPH GARRIDO